IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXANDRU HOTEA,<br><br>                    Plaintiff,<br><br>      vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                    Defendant. | 8:23CV223<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL |

This case is before the Court on the Joint Stipulation for Dismissal, signed by both parties. Filing 25. The parties stipulate to dismissal of this action with prejudice, without costs or disbursements to any of the parties. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal, Filing 25, is granted. This case is dismissed with prejudice, without costs or disbursements to any of the parties.

Dated this 7th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1